PAUL M. HITTELMAN SBN: 033449
PMHPC@earthlink.net
11999 San Vicente Blvd., Ste 350
Los Angeles, CA 90049-5073
Telephone: 310-471-7600
Facsimile: 310-471-7655

Attorneys for Defendants Mark Kaufman doing business as Kaufman Properties;
Mark Alan Kaufman Properties, Inc., a California Corporation;
Mark Kaufman Properties, Inc., a California Corporation; and
Midland MAK Management, LLC, a Delaware Limited Liability Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and at Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust, etc. et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50, inclusive,<br><br>Defendants. | CASE NO: CV 10 1786LB<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO SEPTEMBER 30, 2010<br><br>[FILED CONCURRENTLY WITH STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE]<br><br>Old Date: September 23, 2010<br>Time: 9:00 a.m.<br>Courtroom: "4," 1301 Clay Street, Oakland, CA 94612<br>Judge: Magistrate Judge Laurel Beiler<br><br>New Date: September 30, 2010<br>Time: 1:30 p m<br>Courtroom: "4", 1301 Clay Street Oakland, CA 94612 |

Pursuant to the Stipulation of the parties by and through their attorneys of record,

IT IS HEREBY ORDERED the Case Management Conference scheduled for September 23, 2010 at 9:00 a.m. before the above entitled court is continued to September 30, 2010 at 1:30 p m in Courtroom 4, 1301 Clay Street, Oakland, CA 94612

DATED: September 20, 2010            By:_____

Laurel Beiler, United States Magistrate Judge

IT IS SO ORDERED
Judge Laurel Beiler