PAUL M. HITTELMAN SBN: 033449
PMHPC@earthlink.net
11999 San Vicente Blvd., Ste 350
Los Angeles, CA 90049-5073
Telephone: 310-471-7600
Facsimile: 310-471-7655

Attorneys for Defendants Mark Kaufman doing business as Kaufman Properties;
Mark Alan Kaufman Properties, Inc., a California Corporation;
Mark Kaufman Properties, Inc., a California Corporation; and
Midland MAK Management, LLC, a Delaware Limited Liability Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and at Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust, etc. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50, inclusive, <br><br> Defendants. | CASE NO: CV 10 1786LB <br><br> [PROPOSED] ORDER PERMITTING TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE <br><br> [FILED CONCURRENTLY WITH REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE] <br><br> New Date: September 30, 2010 <br> Time: 1:30 p m <br> Courtroom: "4", 1301 Clay Street Oakland, CA 94612 <br> Judge: Magistrate Judge Laurel Beeler |

Pursuant to the request of defendants' counsel, Paul M. Hittelman:

    IT IS HEREBY ORDERED that defendants' counsel may appear by telephone at the Case Management Conference scheduled for September 30, 2010 at 1:30 p.m. before the above entitled court.

DATED: September 24, 2010    By: /s/ Laurel Beeler

        Laurel Beeler, United States Magistrate Judge

*GRANTED — Judge Laurel Beeler*

---