UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANDREW H. MEISEL, *et al.*,<br><br>              Plaintiffs,<br>   v.<br><br>MARK KAUFMAN, *et al.*,<br><br>              Defendants. | No. C 10-01786 LB<br><br>**ORDER VACATING AND RESETTING CASE MANAGEMENT CONFERENCE AND PERMITTING TELEPHONE APPEARANCE** |

The case management conference scheduled for January 20, 2011, is VACATED and RESET to March 10, 2011, at 1:30 p.m. Pursuant to the request of defendants' counsel, Paul M. Hittelman, it is ORDERED that defendant's counsel may appear by telephone at the case management conference.

**IT IS SO ORDERED.**

Dated: January 14, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-01786