UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANDREW H. MEISEL, *et al.*, | No. C 10-01786 LB |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MARK KAUFMAN, *et al.*, | |
| Defendants. | |

As per the parties' request (ECF No. 72 at 3), the case management conference scheduled for April 7, 2011 is CONTINUED to May 5, 2011 at 10:30 a.m. All other scheduling issues and dates – except the April 26, 2011 Mandatory Settlement Conference, which is not affected by this order – will be dealt with at the case management conference.

**IT IS SO ORDERED.**

Dated: April 1, 2011

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California