1

2

3

4

5

6

7

8             UNITED STATES  DISTRICT COURT

9             Northern District of California

10                    Oakland Division

11   ANDREW H. MEISEL, *et al.*,                    No. C 10-01786 LB

12                    Plaintiffs,        **ORDER CONTINUING CASE**
          v.                             **MANAGEMENT CONFERENCE**
13
     MARK KAUFMAN, *et al.*,
14
                     Defendants.
15   _____/

16      At the parties' request (ECF No. 72 at 3), the court continued the case management conference

17   scheduled for April 7, 2011 to May 5, 2011 at 10:30 a.m.  ECF No. 74.  In the parties' joint case

18   management statement, they stated that they had executed a written "Contingent Settlement

19   Agreement."  ECF No. 72 at 2.  The parties anticipated executing a final settlement agreement by

20   April 24, 2011.  *Id.* at 3.  The parties further stated that they would notify the court of the status of

21   the settlement on or before April 30, 2011.  *Id.*  While the case's docket includes a minute order

22   from Judge Spero that indicates that the parties have reached a settlement (ECF No. 74), the parties

23   have not notified the court of the settlement or otherwise provided any updates as of today's date.

24   ///

25   ///

26   ///

27   ///

28   ///

ORDER CONTINUING CASE MANAGEMENT CONFERENCE
C 10-01786 LB

1    Accordingly, the court **CONTINUES** the case management conference scheduled for May 5,

2    2011 to May 26, 2011 at 10:30 a.m. and **ORDERS** the parties to file an updated joint case

3    management statement by May 19, 2011.  In the joint case management statement – and in light of

4    the trial currently scheduled to begin on July 23, 2011 – the parties shall address any remaining

5    timing issues, including the date by which they will file a dismissal.

6    **IT IS SO ORDERED.**

7

8    Dated: May 3, 2011

9                            LAUREL BEELER
                               United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

ORDER CONTINUING CASE MANAGEMENT CONFERENCE
C 10-01786 LB

2