PAUL M. HITTELMAN SBN: 033449
PMHPC@earthlink.net
11999 San Vicente Blvd., Ste 350
Los Angeles, CA 90049-5073
Telephone: 310-471-7600
Facsimile: 310-471-7655

Attorneys for Defendants Mark Kaufman doing business as Kaufman Properties;
Mark Alan Kaufman Properties, Inc., a California Corporation;
Mark Kaufman Properties, Inc., a California Corporation; and
Midland MAK Management, LLC, a Delaware Limited Liability Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and at Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust, etc. *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50, inclusive,<br><br>Defendants. | CASE NO:   CV 10 1786LB<br><br>**[PROPOSED] ORDER PERMITTING ALL COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>[FILED CONCURRENTLY WITH REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE]<br><br>New Date:   May 26, 2011<br>Time:            10:30 a m<br>Courtroom:  "4", 1301 Clay Street<br>                    Oakland, CA 94612<br>Judge: Magistrate Judge Laurel Beeler |

Pursuant to the request of defendants' counsel, Paul M. Hittelman:

   IT IS HEREBY ORDERED that **all** counsel may appear by telephone at the Case Management Conference scheduled for May 26, 2011 at 10:30 a.m. before the above entitled court. Counsel will contact the courtroom deputy, Lashanda Scott at (510) 637-3525 to make the arrangements.

DATED: May 6, 2011           By: /s/ LB

                                           Laurel Beeler, United States Magistrate Judge

1

**[PROPOSED] ORDER PERMITTING TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE**