UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANDREW H. MEISEL, *et al.*, | No. C 10-01786 LB |
| Plaintiffs, | **ORDER CONTINUING CMC** |
| v. | |
| MARK KAUFMAN, *et al.*, | |
| Defendants. | |

The court held a telephone scheduling conference on May 25, 2011 and orders the following.

The parties and counsel are ordered to meet and confer in person on or before June 2, 2011 at a location to be agreed upon by the parties. If the parties do not agree to the date or location, the date shall be June 2, 2011 at 10:30 a.m. in Courtroom 4, 1301 Clay Street, Oakland, California. The court will adjust the time period to facilitate convenient flight times. Counsel shall notify the court no later than Wednesday, June 1, 2011 at noon if they have already met, and if not, to confirm whether a time other than 10:30 a.m. is more convenient.

///
///
///
///
///
///

C 10-01786 LB
ORDER

1  Prior to the in-person meet-and-confer, counsel must meet and confer by telephone to discuss
2  and resolve any pending matters that can be resolved by counsel without the parties' participation.
3  The case management conference scheduled for May 26, 2011 is vacated.
4  **IT IS SO ORDERED.**

Dated: May 25, 2011

_____
LAUREL BEELER
United States Magistrate Judge