UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| ANDREW H. MEISEL, *et al.*, | No. C 10-01786 LB |
| Plaintiffs, | **REVISED SCHEDULING ORDER** |
| v. | |
| MARK KAUFMAN, *et al.*, | |
| Defendants. | |

This matter is currently set for trial on July 25, 2011. ECF No. 55 at 2.[1] The parties ceased discovery at the end of March while they engaged in substantive settlement negotiations. Joint CMC Statement, ECF No. 92 at 4, 6. With significant uncertainties now surrounding an on-record settlement, the parties ask the court to continue the trial for a maximum of four months. *See id.* at 4.

Following a case management conference on June 23, 2011, the court revises its scheduling order as follows:

| Case Event | Date |
| --- | --- |
| Non-expert discovery completion date | 9/30/2011 |
| Expert disclosures required by Federal Rules of Civil Procedure | 9/30/2011 |
| Rebuttal expert disclosures | 10/10/2011 |

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 10-01786 LB
REVISED SCHEDULING ORDER

| Expert discovery completion date | 10/30/2011 |
|---|---|
| Last hearing date for dispositive motions | 8/4/2011, at 11:00 a.m. |
| Meet and confer re pretrial filings | 10/4/2011 |
| Pretrial filings due | 10/13/2011 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 10/20/2011 |
| Final Pretrial Conference | 11/3/2011, at 10:30 a.m. |
| Trial | 11/14/2011, at 8:30 a.m |

If, after meeting and conferring, the parties would like to modify these dates, the court **ORDERS** the parties to file a joint stipulation before July 28, 2011.  The court reminds the parties that the October 20, 2011 deadline and those thereafter may not be modified by stipulation.

Mindful of the limited time between now and trial, the court also modifies its standing order to limit any joint discovery letter to four pages with the parties' positions laid out side-by-side.

At the June 23 case management conference, with regard to Plaintiffs' pending motion to enforce the settlement, Defendants asked whether the court's objectivity would be compromised if the matter proceeded to trial.  The court confirmed that its objectivity would not be impaired.

Defendants also asked the court to extend their time to file their opposition brief to June 27, 2011 because a staff member of Defendants' counsel was ill.  The court **GRANTS** Defendants' request and extends their time to file their opposition brief until 5:00 p.m. on June 27, 2011.  After the case management conference, Plaintiffs filed a letter requesting the court extend its time to file a response to July 14, 2011.  ECF No. 93 at 2.  Plaintiffs explained that the attorney working on the motion would be out of the office from July 2 to July 10, 2011.  *Id.* at 1.  Because the court has granted Defendants' late request and the extension keeps to the standard 35-day briefing schedule, the court further **ORDERS** that Plaintiffs' time to file their optional reply brief is extended to July 14, 2011.

Defendants also stated their intention to file a cross-motion for summary judgment.  The court **ORDERS** the parties to meet and confer regarding the scheduling of the hearings.

**IT IS SO ORDERED.**

Dated: June 24, 2011

_____
LAUREL BEELER
United States Magistrate Judge