UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

ANDREW H. MEISEL, *et al.*,                    No. C 10-01786 LB

               Plaintiffs,          **SCHEDULING ORDER RE CROSS-MOTIONS TO ENFORCE SETTLEMENT**

    v.

MARK KAUFMAN, *et al.*,

               Defendants.

_____/

    Following a case management conference on June 23, 2011, the court ordered the parties to meet and confer regarding the scheduling of the hearings on the cross-motions to enforce the settlement. 6/24/11 Order, ECF No. 95 at 2.  The parties now submit a joint letter proposing that the court hear the cross-motions on August 4, 2011.  ECF No. 110 at 1.  The parties also propose briefing schedules that do not conform to the current Local Rules.  *Id.*

    The court **ORDERS** that the hearings on the cross-motions will take place on August 4, 2011. With regard to Plaintiffs' motion, the court **ORDERS** that the schedule set forth in its 6/24/11 order, filed at ECF No. 95, remains in effect.  With regard to Defendants' motion, the court **ORDERS** Plaintiffs to file their opposition briefs by July 14, 2011 at 2:00 p.m. and Defendants to file their optional reply brief by July 21, 2011 at 2:00 p.m.

    **IT IS SO ORDERED.**

Dated: June 29, 2011

                             _____
                             LAUREL BEELER
                             United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**