**UNITED STATES DISTRICT COURT**

Northern District of California

Oakland Division

| | |
|---|---|
| ANDREW H. MEISEL, *et al.*, | No. C 10-01786 LB |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |
| v. | |
| MARK KAUFMAN, *et al.*, | [ECF No. 128] |
| Defendants. | |

On July 21, 2011, Defendants filed a letter asking the court for a one-day extension to the deadline for the filing of their reply brief, which currently is due on July 22, 2011. ECF No. 128. Good cause being shown, the court **GRANTS** Defendants' requests and **ORDERS** Defendants to file its reply brief by July 22, 2011. This disposes of ECF No. 128.

**IT IS SO ORDERED.**

Dated: July 21, 2011

_____
LAUREL BEELER
United States Magistrate Judge