1  STIMMEL, STIMMEL & SMITH
   A Professional Corporation
2  LEE D. STIMMEL, ESQ. (State Bar No. 58405)
   e-mail: lstimmel@stimmel-law.com
3  STEVEN R. ROESER, ESQ. (State Bar No. 229348)
   e-mail: sroeser@stimmel-law.com
4  155 Montgomery Street, 12th Floor
   San Francisco, California 94104-3973
5  Telephone: (415) 392-2018
   Facsimile: (415) 391-2124
6
   SETH J. SCHWARTZ (State Bar No. 103357)
7  e-mail: seth.schwartz@mcnamaralaw.com
   DENISE J. SERRA (State Bar No. 80602)
8  e-mail: denise.serra@mcnamaralaw.com
   McNAMARA, NEY, BEATTY, SLATTERY,
9  BORGES & AMBACHER LLP
   1211 Newell Avenue
10 Post Office Box 5288
   Walnut Creek, CA 94596
11 Telephone: (925) 939-5330
   Facsimile:   (925) 939-0203
12
   Attorneys for Plaintiffs
13 Andrew H. And Robin Meisel, Husband and Wife, individually
   and as Trustees of the Andrew H. Meisel & Robin H. Meisel
14 2000 Revocable Trust; AR Meisel Properties, LLC, a California
   Limited Liability Company; Sybil Meisel, individually; Edward
15 Meisel, individually; Meisel Family Partnership, a New York
   General Partnership; Irvin Laxineta, individually; Irvin &
16 Marilyn D. Laxineta, trustees of the (Irvin B. & Marilyn D.)
   Laxineta Trust; Robert and Sylvia Laxineta, trustees of the
17 (Robert and Sylvia) Laxineta Family Trust; Marc Laxineta,
   individually; and, Gerald Hart, individually
18

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and as Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust; AR MEISEL PROPERTIES, LLC, a California Limited Liability Company; SYBIL MEISEL, individually; EDWARD MEISEL, Individually; MEISEL FAMILY PARTNERSHIP, a New York General Partnership; IRVIN LAXINETA, individually; IRVIN and MARILYN D. LAXINETA, trustees of the (Irvin B. and Marilyn D.) Laxineta Family Trust; ROBERT LAXINETA and SYLVIA LAXINETA, Trustees of the Laxineta | Case No. CV 10-01786 LB<br><br>[PROPOSED] ORDER CONTINUING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND DEFENDANTS' CROSS-MOTION TO ENFORCE SETTLEMENT<br><br>[FILED CONCURRENTLY WITH STIPULATION FOR CONTINUANCE OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND DEFENDANTS' CROSS-MOTION TO ENFORCE SETTLEMENT] |

| | |
|---|---|
| Family Trust; MARC LAXINETA, individually; and GERALD HART, individually,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Action Filed: 4/26/2010 |

**PURSUANT TO THE STIPULATION OF THE PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion To Enforce Settlement And Defendants' Cross-Motion To Enforce Settlement scheduled for August 25, 2011 at 11:00 a.m. in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California, is continued to:

**Date**:　　　September 13, 2011

**Time**:　　　11:00 a.m.

**Location**:　Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612

**Judge**:　　 Laura Beeler, United States Magistrate Judge

IT IS FURTHER ORDERED that counsel and any party who executed a declaration in support of or in opposition to said motions shall appear in person, and that any expert who executed a declaration in support of or in opposition to said motions shall be on telephone standby to be available to the Court to examine via speaker phone at any time during the hearing

////

////

1  on the motions. The court also **ORDERS** the parties to provide a status update by noon on
   September 6, 2011.
2  Dated: August 30, 2011

3  By: _____
    Laurel Beeler
4   United States Magistrate Judge



[PROPOSED] ORDER CONTINUING MOTIONS     3     Case No. CV 10-01786 LB
TO ENFORCE SETTLEMENT