UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANDREW H. MEISEL, *et al.*, | No. C 10-01786 LB |
| Plaintiffs, | **ORDER RE STATUS UPDATE** |
| v. | |
| MARK KAUFMAN, *et al.*, | |
| Defendants. | |

Upon the joint request of the parties, the court vacated the hearing on the cross-motions to enforce the settlement agreement that was scheduled for August 25, 2011. ECF No. 158. The parties then filed a formal stipulation, requesting that the court continue the hearing to 11:00 a.m. on September 13, 2011. Stipulation, ECF No. 159. The stipulation also revived the parties' joint request to have their respective experts excused from personally attending the hearing. *Id*. The court granted the stipulation and directed the parties to file a status update on Tuesday, September 6, 2011. ECF No. 161 at 3. The parties filed the status update, suggesting that the parties' settlement agreement has not yet been finalized. ECF No. 165. But the update did not discuss the parties' intentions with regard to the September 13, 2011 hearing. The court does not intend to re-familiarize itself with the motions, arrange for a court reporter, and otherwise undertake all the necessary preparations for the hearing if the parties do not intend for the court to hear and rule on the motions on September 13, 2011.

Accordingly, the court now clarifies that the parties are to inform the court whether they desire

C 10-01786 LB
ORDER

to go forward with the hearing on the cross-motions that is set for September 13, 2011.  The court **ORDERS**  the parties to file another status update by 9:00 a.m. tomorrow, stating whether they are prepared to go forward with the hearing on September 13, 2011.  If the parties are unprepared to proceed with the hearing or believe that they will finalize their settlement agreement before then, the parties shall file a stipulation continuing the hearing to October 6, 2011 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: September 6, 2011

_____
LAUREL BEELER
United States Magistrate Judge