**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANDREW H. MEISEL, *et al.*, | No. C 10-01786 LB |
| Plaintiffs, | **ORDER RE STIPULATION** |
| v. | [ECF Nos. 162 and 163] |
| MARK KAUFMAN, *et al.*, | |
| Defendants. | |

The parties jointly request that the court approve their stipulation to modify discovery and expert disclosure cutoff dates. ECF No. 162 at 1.[1] The parties may modify the discovery and expert disclosure cutoff dates by stipulation. However, the following dates may not be modified: pretrial filings are due on 10/13/2011; oppositions, objections, exhibits, and deposition designations are due on 10/20/2011; the final pretrial conference will take place on 11/3/2011, at 10:30 a.m.; and the trial will commence on 11/14/2011, at 8:30 a.m.

This disposes of ECF Nos. 162 and 163.

**IT IS SO ORDERED.**

Dated: September 6, 2011

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 10-01786 LB
ORDER