STIMMEL, STIMMEL & SMITH
A Professional Corporation
LEE D. STIMMEL, ESQ. (State Bar No. 58405)
e-mail: lstimmel@stimmel-law.com
STEVEN R. ROESER, ESQ. (State Bar No. 229348)
e-mail: sroeser@stimmel-law.com
155 Montgomery Street, 12th Floor
San Francisco, California 94104-3973
Telephone: (415) 392-2018
Facsimile: (415) 391-2124

SETH J. SCHWARTZ (State Bar No. 103357)
e-mail: seth.schwartz@mcnamaralaw.com
DENISE J. SERRA (State Bar No. 80602)
e-mail: denise.serra@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Plaintiffs
Andrew H. And Robin Meisel, Husband and Wife, individually and as Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust; AR Meisel Properties, LLC, a California Limited Liability Company; Sybil Meisel, individually; Edward Meisel, individually; Meisel Family Partnership, a New York General Partnership; Irvin Laxineta, individually; Irvin & Marilyn D. Laxineta, trustees of the (Irvin B. & Marilyn D.) Laxineta Trust; Robert and Sylvia Laxineta, trustees of the (Robert and Sylvia) Laxineta Family Trust; Marc Laxineta, individually; and, Gerald Hart, individually

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and as Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust; AR MEISEL PROPERTIES, LLC, a California Limited Liability Company; SYBIL MEISEL, individually; EDWARD MEISEL, Individually; MEISEL FAMILY PARTNERSHIP, a New York General Partnership; IRVIN LAXINETA, individually; IRVIN and MARILYN D. LAXINETA, trustees of the (Irvin B. and Marilyn D.) Laxineta Family Trust; ROBERT LAXINETA and SYLVIA LAXINETA, Trustees of the Laxineta | Case No. CV 10-01786 LB<br><br>**~~[PROPOSED]~~ ORDER CONTINUING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND DEFENDANTS' CROSS-MOTION TO ENFORCE SETTLEMENT**<br><br>[FILED CONCURRENTLY WITH STIPULATION FOR CONTINUANCE OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND DEFENDANTS' CROSS-MOTION TO ENFORCE SETTLEMENT] |

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

Family Trust; MARC LAXINETA, individually; and GERALD HART, individually,

Plaintiffs,

vs.

MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50, inclusive,

Defendants.

**PURSUANT TO THE STIPULATION OF THE PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion To Enforce Settlement And Defendants' Cross-Motion To Enforce Settlement scheduled for September 13, 2011 at 11:00 a.m. in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California, is continued to:

**Date**: October 6, 2011

**Time**: 11:00 a.m.

**Location**: Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612

**Judge**: Laurel Beeler, United States Magistrate Judge

Dated: September 12, 2011

By: ______________________________
Laurel Beeler
United States Magistrate Judge

