1   STIMMEL, STIMMEL & SMITH
    A Professional Corporation
2   LEE D. STIMMEL, ESQ. (State Bar No. 58405)
    e-mail:  lstimmel@stimmel-law.com
3   STEVEN R. ROESER, ESQ. (State Bar No. 229348)
    e-mail:  sroeser@stimmel-law.com
4   155 Montgomery Street, 12th Floor
    San Francisco, California 94104-3973
5   Telephone:  (415) 392-2018
    Facsimile:  (415) 391-2124
6
    SETH J. SCHWARTZ (State Bar No. 103357)
7   e-mail:  seth.schwartz@mcnamaralaw.com
    DENISE J. SERRA (State Bar No. 80602)
8   e-mail:  denise.serra@mcnamaralaw.com
    MCNAMARA, NEY, BEATTY, SLATTERY,
9   BORGES & AMBACHER LLP
    1211 Newell Avenue
10  Post Office Box 5288
    Walnut Creek, CA 94596
11  Telephone: (925) 939-5330
    Facsimile:    (925) 939-0203
12
    Attorneys for Plaintiffs
13  Andrew H. And Robin Meisel, Husband and Wife, individually
    and as Trustees of the Andrew H. Meisel & Robin H. Meisel
14  2000 Revocable Trust; AR Meisel Properties, LLC, a California
    Limited Liability Company; Sybil Meisel, individually; Edward
15  Meisel, individually; Meisel Family Partnership, a New York
    General Partnership; Irvin Laxineta, individually; Irvin &
16  Marilyn D. Laxineta, trustees of the (Irvin B. & Marilyn D.)
    Laxineta Trust; Robert and Sylvia Laxineta, trustees of the
17  (Robert and Sylvia) Laxineta Family Trust; Marc  Laxineta,
    individually; and, Gerald Hart, individually
18
19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

| 21 | ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and as Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust; AR MEISEL PROPERTIES, LLC, a California Limited Liability Company; SYBIL MEISEL, individually; EDWARD MEISEL, Individually; MEISEL FAMILY PARTNERSHIP, a New York General Partnership; IRVIN LAXINETA, individually; IRVIN and MARILYN D. LAXINETA, trustees of the (Irvin B. and Marilyn D.) Laxineta Family Trust; ROBERT LAXINETA and SYLVIA LAXINETA, Trustees of the Laxineta | Case No. CV 10-01786 LB |
|---|---|---|
| | | [PROPOSED] ORDER CONTINUING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND DEFENDANTS' CROSS-MOTION TO ENFORCE SETTLEMENT |
| | | [FILED CONCURRENTLY WITH STIPULATION FOR CONTINUANCE OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND DEFENDANTS' CROSS-MOTION TO ENFORCE SETTLEMENT] |

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  Family Trust; MARC LAXINETA,
individually; and GERALD HART,
2  individually,

3          Plaintiffs,

4      vs.

5  MARK KAUFMAN, individually and dba
KAUFMAN PROPERTIES; MARK
6  ALAN KAUFMAN PROPERTIES, INC., a
suspended California Corporation; MARK
7  KAUFMAN PROPERTIES, INC., a
California corporation; MIDLAND MAK
8  MANAGEMENT, LLC, a Delaware
limited liability company; DOES 1-50,
9  inclusive,

10         Defendants.

11

12  **PURSUANT TO THE STIPULATION OF THE PARTIES BY AND THROUGH THEIR ATTORNEYS OF
13  RECORD:**

14      IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion To Enforce Settlement

15  And Defendants' Cross-Motion To Enforce Settlement scheduled for September 13, 2011 at

16  11:00 a.m. in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California,

17  is continued to:

18      **Date**:      October 6, 2011

19      **Time**:      11:00 a.m.

20      **Location**:   Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland,

21  California 94612

22      **Judge**:     Laurel Beeler,  United States Magistrate Judge

23  Dated:  September 12, 2011

24      By: _____

25      Laurel Beeler
United States Magistrate Judge

26

27

28

[PROPOSED] ORDER CONTINUING MOTIONS        2        Case No. CV 10-01786 LB
TO ENFORCE SETTLEMENT