1  STIMMEL, STIMMEL & SMITH
   A Professional Corporation
2  LEE D. STIMMEL, ESQ. (State Bar No. 58405)
   e-mail: lstimmel@stimmel-law.com
3  STEVEN R. ROESER, ESQ. (State Bar No. 229348)
   e-mail: sroeser@stimmel-law.com
4  155 Montgomery Street, 12th Floor
   San Francisco, California 94104-3973
5  Telephone: (415) 392-2018
   Facsimile: (415) 391-2124
6
   SETH J. SCHWARTZ (State Bar No. 103357)
7  e-mail: seth.schwartz@mcnamaralaw.com
   DENISE J. SERRA (State Bar No. 80602)
8  e-mail: denise.serra@mcnamaralaw.com
   McNAMARA, NEY, BEATTY, SLATTERY,
9  BORGES & AMBACHER LLP
   1211 Newell Avenue
10 Post Office Box 5288
   Walnut Creek, CA 94596
11 Telephone: (925) 939-5330
   Facsimile:   (925) 939-0203
12
   Attorneys for Plaintiffs
13 Andrew H. And Robin Meisel, Husband and Wife, individually
   and as Trustees of the Andrew H. Meisel & Robin H. Meisel
14 2000 Revocable Trust; AR Meisel Properties, LLC, a California
   Limited Liability Company; Sybil Meisel, individually; Edward
15 Meisel, individually; Meisel Family Partnership, a New York
   General Partnership; Irvin Laxineta, individually; Irvin &
16 Marilyn D. Laxineta, trustees of the (Irvin B. & Marilyn D.)
   Laxineta Trust; Robert and Sylvia Laxineta, trustees of the
17 (Robert and Sylvia) Laxineta Family Trust; Marc Laxineta,
   individually; and, Gerald Hart, individually
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21  ANDREW H. and ROBIN MEISEL,                  Case No. CV 10-01786 LB
    Husband and Wife, individually and as
22  Trustees of the Andrew H. Meisel & Robin     [PROPOSED] ORDER CONTINUING
    H. Meisel 2000 Revocable Trust; AR           PLAINTIFFS' MOTION TO ENFORCE
23  MEISEL PROPERTIES, LLC, a California         SETTLEMENT AND DEFENDANTS'
    Limited Liability Company; SYBIL             CROSS-MOTION TO ENFORCE
24  MEISEL, individually; EDWARD                 SETTLEMENT
    MEISEL, Individually; MEISEL FAMILY
25  PARTNERSHIP, a New York General              [FILED CONCURRENTLY WITH
    Partnership; IRVIN LAXINETA,                 STIPULATION FOR CONTINUANCE OF
26  individually; IRVIN and MARILYN D.           PLAINTIFFS' MOTION TO ENFORCE
    LAXINETA, trustees of the (Irvin B. and      SETTLEMENT AND DEFENDANTS'
27  Marilyn D.) Laxineta Family Trust;           CROSS-MOTION TO ENFORCE
    ROBERT LAXINETA and SYLVIA                   SETTLEMENT]
28  LAXINETA, Trustees of the Laxineta

Family Trust; MARC LAXINETA, individually; and GERALD HART, individually,

          Plaintiffs,

      vs.

MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50, inclusive,

          Defendants.

**PURSUANT TO THE STIPULATION OF THE PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

    IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion To Enforce Settlement And Defendants' Cross-Motion To Enforce Settlement scheduled for October 6, 2011 at 11:00 a.m. in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California, is continued to:

| | |
|---|---|
| **Date**: | October 20, 2011 |
| **Time**: | 11:00 a.m. |
| **Location**: | Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612 |
| **Judge**: | Laurel Beeler, United States Magistrate Judge |

Dated: October 4, 2011

By: _____
Laurel Beeler
United States Magistrate Judge

[PROPOSED] ORDER CONTINUING MOTIONS TO ENFORCE SETTLEMENT      2      Case No. CV 10-01786 LB