1  STIMMEL, STIMMEL & SMITH
   A Professional Corporation
2  LEE D. STIMMEL, ESQ. (State Bar No. 58405)
   e-mail: lstimmel@stimmel-law.com
3  STEVEN R. ROESER, ESQ. (State Bar No. 229348)
   e-mail: sroeser@stimmel-law.com
4  155 Montgomery Street, 12th Floor
   San Francisco, California 94104-3973
5  Telephone: (415) 392-2018
   Facsimile: (415) 391-2124
6
   SETH J. SCHWARTZ (State Bar No. 103357)
7  e-mail: seth.schwartz@mcnamaralaw.com
   DENISE J. SERRA (State Bar No. 80602)
8  e-mail: denise.serra@mcnamaralaw.com
   McNAMARA, NEY, BEATTY, SLATTERY,
9  BORGES & AMBACHER LLP
   1211 Newell Avenue
10 Post Office Box 5288
   Walnut Creek, CA 94596
11 Telephone: (925) 939-5330
   Facsimile:   (925) 939-0203
12
   Attorneys for Plaintiffs
13 Andrew H. And Robin Meisel, Husband and Wife, individually
   and as Trustees of the Andrew H. Meisel & Robin H. Meisel
14 2000 Revocable Trust; AR Meisel Properties, LLC, a California
   Limited Liability Company; Sybil Meisel, individually; Edward
15 Meisel, individually; Meisel Family Partnership, a New York
   General Partnership; Irvin Laxineta, individually; Irvin &
16 Marilyn D. Laxineta, trustees of the (Irvin B. & Marilyn D.)
   Laxineta Trust; Robert and Sylvia Laxineta, trustees of the
17 (Robert and Sylvia) Laxineta Family Trust; Marc Laxineta,
   individually; and, Gerald Hart, individually
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21 ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and as Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust; AR MEISEL PROPERTIES, LLC, a California Limited Liability Company; SYBIL MEISEL, individually; EDWARD MEISEL, Individually; MEISEL FAMILY PARTNERSHIP, a New York General Partnership; IRVIN LAXINETA, individually; IRVIN and MARILYN D. LAXINETA, trustees of the (Irvin B. and Marilyn D.) Laxineta Family Trust; ROBERT LAXINETA and SYLVIA LAXINETA, Trustees of the Laxineta | Case No. CV 10-01786 LB<br><br>[PROPOSED] ORDER CONTINUING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND DEFENDANTS' CROSS-MOTION TO ENFORCE SETTLEMENT<br><br>[FILED CONCURRENTLY WITH STIPULATION FOR CONTINUANCE OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND DEFENDANTS' CROSS-MOTION TO ENFORCE SETTLEMENT] |

[PROPOSED] ORDER CONTINUING MOTIONS   Case No. CV 10-01786 LB
TO ENFORCE SETTLEMENT

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  Family Trust; MARC LAXINETA, individually; and GERALD HART, individually,
2
3          Plaintiffs,
4      vs.
5  MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50, inclusive,
10         Defendants.

**PURSUANT TO THE STIPULATION OF THE PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion To Enforce Settlement And Defendants' Cross-Motion To Enforce Settlement scheduled for October 6, 2011 at 11:00 a.m. in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California, is continued to:

**Date**:       October 20, 2011

**Time**:       11:00 a.m.

**Location**:   Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612

**Judge**:      Laurel Beeler, United States Magistrate Judge

Dated: October 4, 2011

By: _____

Laurel Beeler
United States Magistrate Judge

IT IS SO ORDERED