STIMMEL, STIMMEL & SMITH
A Professional Corporation
LEE D. STIMMEL, ESQ. (State Bar No. 58405)
e-mail: lstimmel@stimmel-law.com
STEVEN R. ROESER, ESQ. (State Bar No. 229348)
e-mail: sroeser@stimmel-law.com
155 Montgomery Street, 12th Floor
San Francisco, California 94104-3973
Telephone: (415) 392-2018
Facsimile: (415) 391-2124

SETH J. SCHWARTZ (State Bar No. 103357)
e-mail: seth.schwartz@mcnamaralaw.com
DENISE J. SERRA (State Bar No. 80602)
e-mail: denise.serra@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Plaintiffs
Andrew H. And Robin Meisel, Husband and Wife, individually

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and as Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust; AR MEISEL PROPERTIES, LLC, a California Limited Liability Company; SYBIL MEISEL, individually; EDWARD MEISEL, Individually; MEISEL FAMILY PARTNERSHIP, a New York General Partnership; IRVIN LAXINETA, individually; IRVIN and MARILYN D. LAXINETA, trustees of the (Irvin B. and Marilyn D.) Laxineta Family Trust; ROBERT LAXINETA and SYLVIA LAXINETA, Trustees of the Laxineta Family Trust; MARC LAXINETA, individually; and GERALD HART, individually,<br><br>Plaintiffs,<br><br>vs. | Case No. CV 10-01786 LB<br><br>**STIPULATION TO EXTEND DUE DATE OF PRETRIAL FILINGS, OPPOSITIONS, OBJECTIONS, EXHIBITS, AND DEPOSITION DESIGNATIONS** |

1  MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK
2  ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK
3  KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK
4  MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50,
5  inclusive,
6            Defendants.

To: HONORABLE LAUREL BEELER, UNITED STATES MAGISTRATE JUDGE:

IT IS HEREBY STIPULATED by the parties, through their respective attorneys of record, that the due date of all Pre-trial filings currently due to be filed with the Court on *October 13, 2011*, and the due date of all Oppositions, Objections, Exhibits, and Deposition Designations currently due to be filed with the Court on *October 20, 2011*, are extended by one week, that is to *October 17, 2011*, and *October 24, 2011*, respectively. Good cause for the extension of the due dates of these filings is set forth in the Declaration of Seth J. Schwartz filed herewith.

Dated: October 11, 2011

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP

By: /s/ Seth J. Schwartz
Seth J. Schwartz
Denise J. Serra
Attorneys for Plaintiffs

Dated: October 11, 2011

PAUL M. HITTELMAN

By: /s/ Paul M. Hittelman
Paul M. Hittelman
Attorneys for Defendants

**PURUSANT TO STIPULATION, AS MODIFIED, IT IS SO ORDERED.**

Dated: October 13, 2010

Laurel Beeler
United States Magistrate Judge

[SO ORDERED — Judge Laurel Beeler stamp]

K:\STIM\1030 - Meisel\Pleadings\SJS PLDG stip to continue pre-trial filings

STIPULATION TO EXTEND DUE DATE OF PRETRIAL FILINGS, OPPOSITIONS, OBJECTIONS, EXHIBITS, AND DEPOSITION DESIGNATIONS

Case No. CV 10-01786 LB