UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANDREW H. MEISEL, *et al.*, | No. C 10-01786 LB |
| Plaintiffs, | **REVISED ORDER RE PRETRIAL FILINGS** |
| v. | |
| MARK KAUFMAN, *et al.*, | |
| Defendants. | |

On October 10, 2011, the parties filed a joint request asking the court to modify the deadlines for the pretrial filings and all oppositions, objections, exhibits, and deposition designations. ECF No. 175. Given counsels' representations with regards to settlement, the court reconsiders the issue and grants the parties' request. The pretrial filings are due on October 20, 2011. The oppositions, objections, exhibits, and deposition designations are due on October 27, 2011.

**IT IS SO ORDERED.**

Dated: October 13, 2011

_____
LAUREL BEELER
United States Magistrate Judge