STIMMEL, STIMMEL & SMITH
A Professional Corporation
LEE D. STIMMEL, ESQ. (State Bar No. 58405)
e-mail: lstimmel@stimmel-law.com
STEVEN R. ROESER, ESQ. (State Bar No. 229348)
e-mail: sroeser@stimmel-law.com
155 Montgomery Street, 12th Floor
San Francisco, California 94104-3973
Telephone: (415) 392-2018
Facsimile: (415) 391-2124

SETH J. SCHWARTZ (State Bar No. 103357)
e-mail: seth.schwartz@mcnamaralaw.com
DENISE J. SERRA (State Bar No. 80602)
e-mail: denise.serra@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:    (925) 939-0203

Attorneys for Plaintiffs
Andrew H. And Robin Meisel, Husband and Wife, individually

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and as Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust; AR MEISEL PROPERTIES, LLC, a California Limited Liability Company; SYBIL MEISEL, individually; EDWARD MEISEL, Individually; MEISEL FAMILY PARTNERSHIP, a New York General Partnership; IRVIN LAXINETA, individually; IRVIN and MARILYN D. LAXINETA, trustees of the (Irvin B. and Marilyn D.) Laxineta Family Trust; ROBERT LAXINETA and SYLVIA LAXINETA, Trustees of the Laxineta Family Trust; MARC LAXINETA, individually; and GERALD HART, individually,<br><br>Plaintiffs,<br><br>vs. | Case No. CV 10-01786 LB<br><br>**STIPULATION AND ORDER TO EXTEND DUE DATE OF PRETRIAL FILINGS, OPPOSITIONS, OBJECTIONS, EXHIBITS, DEPOSITION DESIGNA-TIONS, AND CROSS-MOTIONS TO ENFORCE SETTLEMENT** |

1  MARK KAUFMAN, individually and dba
   KAUFMAN PROPERTIES; MARK
2  ALAN KAUFMAN PROPERTIES, INC., a
   suspended California Corporation; MARK
3  KAUFMAN PROPERTIES, INC., a
   California corporation; MIDLAND MAK
4  MANAGEMENT, LLC, a Delaware
   limited liability company; DOES 1-50,
5  inclusive.

6       Defendants.

7

8  To: HONORABLE LAUREL BEELER, UNITED STATES MAGISTRATE JUDGE:

9       **IT IS HEREBY STIPULATED** by the parties, through their respective attorneys of
10 record, that the due date of all Pre-trial filings currently due to be filed with the Court on *October*
11 *20, 2011*, and the due date of all Oppositions, Objections, Exhibits, and Deposition Designations
12 currently due to be filed with the Court on *October 27, 2011*, are extended by one week, that is to
13 *October 27, 2011*, and *November 3, 2011*, respectively.

14      The Cross-Motions to Enforce Settlement currently set for *October 20, 2011*, will be
15 continued to *October 27, 2011*.

16      Good cause for the extension of the due dates of these filings is set forth in the Declaration
17 of Seth J. Schwartz filed herewith.

18 Dated: October 19, 2011            MCNAMARA, NEY, BEATTY, SLATTERY,
                                      BORGES & AMBACHER LLP
19

20                                    By: _____
21                                    Seth J. Schwartz
                                      Denise J. Serra
22                                    Attorneys for Plaintiffs

23 Dated: October 19, 2011            PAUL M. HITTELMAN
24
                                      By: _____
25
                                      Paul M. Hittelman
26                                    Attorneys for Defendants

27

28
   STIPULATION AND ORDER TO EXTEND DUE DATE OF PRETRIAL          2     Case No. CV 10-01786 LB
   FILINGS, OPPOSITIONS, OBJECTIONS, EXHIBITS, DEPOSITION
   DESIGNATIONS, AND CROSS-MOTIONS TO ENFORCE SETTLEMENT

1  Pursuant to the stipulation, **IT IS SO ORDERED.** The court directs the parties to provide an email update by Tuesday, October 25, 2011.

2  Dated: October 20, 2011

_____
Laurel Beeler
United States Magistrate Judge

K:\STIM\1030 - Meisel\Pleadings\SJS PLDG stip to continue pre-trial filings.doc

STIPULATION AND ORDER TO EXTEND DUE DATE OF PRETRIAL FILINGS, OPPOSITIONS, OBJECTIONS, EXHIBITS, DEPOSITION DESIGNATIONS, AND CROSS-MOTIONS TO ENFORCE SETTLEMENT

3   Case No. CV 10-01786 LB