1  STIMMEL, STIMMEL & SMITH
   A Professional Corporation
2  LEE D. STIMMEL, ESQ. (State Bar No. 58405)
   e-mail: lstimmel@stimmel-law.com
3  STEVEN R. ROESER, ESQ. (State Bar No. 229348)
   e-mail: sroeser@stimmel-law.com
4  155 Montgomery Street, 12th Floor
   San Francisco, California 94104-3973
5  Telephone: (415) 392-2018
   Facsimile: (415) 391-2124
6
   SETH J. SCHWARTZ (State Bar No. 103357)
7  e-mail: seth.schwartz@mcnamaralaw.com
   DENISE J. SERRA (State Bar No. 80602)
8  e-mail: denise.serra@mcnamaralaw.com
   McNamara, Ney, Beatty, Slattery,
9  Borges & Ambacher LLP
   1211 Newell Avenue
10 Post Office Box 5288
   Walnut Creek, CA 94596
11 Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
12
   Attorneys for Plaintiffs
13 Andrew H. And Robin Meisel, Husband and Wife, individually

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17 ANDREW H. and ROBIN MEISEL,                  Case No. CV 10-01786 LB
   Husband and Wife, individually and as
18 Trustees of the Andrew H. Meisel & Robin     **STIPULATION AND ORDER TO**
   H. Meisel 2000 Revocable Trust; AR           **EXTEND DUE DATE OF PRETRIAL**
19 MEISEL PROPERTIES, LLC, a California         **FILINGS, OPPOSITIONS, OBJECTIONS,**
   Limited Liability Company; SYBIL             **EXHIBITS, DEPOSITION DESIGNA-**
20 MEISEL, individually; EDWARD                 **TIONS, AND CROSS-MOTIONS TO**
   MEISEL, Individually; MEISEL FAMILY          **ENFORCE SETTLEMENT**
21 PARTNERSHIP, a New York General
   Partnership; IRVIN LAXINETA,
22 individually; IRVIN and MARILYN D.
   LAXINETA, trustees of the (Irvin B. and
23 Marilyn D.) Laxineta Family Trust;
   ROBERT LAXINETA and SYLVIA
24 LAXINETA, Trustees of the Laxineta
   Family Trust; MARC LAXINETA,
25 individually; and GERALD HART,
   individually,
26
                    Plaintiffs,
27
       vs.
28

| | |
|---|---|
| 1 | MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK |
| 2 | ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK |
| 3 | KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK |
| 4 | MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50, |
| 5 | inclusive. |
| 6 | Defendants. |

To: HONORABLE LAUREL BEELER, UNITED STATES MAGISTRATE JUDGE:

**IT IS HEREBY STIPULATED** by the parties, through their respective attorneys of record, that the due date of all Pre-trial filings currently due to be filed with the Court on *October 20, 2011*, and the due date of all Oppositions, Objections, Exhibits, and Deposition Designations currently due to be filed with the Court on *October 27, 2011*, are extended by one week, that is to *October 27, 2011*, and *November 3, 2011*, respectively.

The Cross-Motions to Enforce Settlement currently set for *October 20, 2011*, will be continued to *October 27, 2011*.

Good cause for the extension of the due dates of these filings is set forth in the Declaration of Seth J. Schwartz filed herewith.

Dated: October 19, 2011

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Seth J. Schwartz
Seth J. Schwartz
Denise J. Serra
Attorneys for Plaintiffs

Dated: October 19, 2011

PAUL M. HITTELMAN

By: /s/ Paul M. Hittelman
Paul M. Hittelman
Attorneys for Defendants

1     Pursuant to the stipulation, **IT IS SO ORDERED.** The court directs the parties to provide an email update by Tuesday, October 25, 2011.

2 Dated: October 20, 2011



Laurel Beeler
United States Magistrate Judge

K:\STIM\1030 - Meisel\Pleadings\SJS PLDG stip to continue pre-trial filings.doc

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

STIPULATION AND ORDER TO EXTEND DUE DATE OF PRETRIAL FILINGS, OPPOSITIONS, OBJECTIONS, EXHIBITS, DEPOSITION DESIGNATIONS, AND CROSS-MOTIONS TO ENFORCE SETTLEMENT     3     Case No. CV 10-01786 LB