1

2

3

4

5

6

7

8

9

10

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

11

ANDREW H. MEISEL, *et al.*,                                    No. C 10-01786 LB

12

                   Plaintiffs,                **ORDER RE PRETRIAL FILING**
     v.                                                          **DEADLINES AND HEARING ON**

13

MARK KAUFMAN, *et al.*,                                        **CROSS-MOTIONS**

14

                  Defendants.

15

_____/

16

    Per the parties' stipulation and request filed at ECF No. 179, the court continued the pretrial

17

filing deadlines and the hearing date for the cross-motions to enforce the settlement agreement to

18

October 27, 2011.  Order, ECF No. 181 at 3.[1]  On October 25, 2011, the parties provided an email

19

update to the court.  The email explained that the parties had agreed on the final language of the

20

settlement agreement and were in the process of circulating the agreement and associated

21

implementation documents for signatures.

22

    But the parties have not formally moved to continue the pretrial filing deadlines or hearing date.

23

And, given the case history, the court finds it prudent to ensure that the formal record accurately and

24

completely reflects the proceedings.

25

    Accordingly, the court **ORDERS** the parties to either (A) file a stipulation and request to

26

27

28

    [1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

ORDER RE PRETRIAL FILING DEADLINES AND HEARING ON CROSS-MOTIONS
C 10-01786 LB

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
For the Northern District of California

1  continue or vacate the pending deadlines and hearing dates along with the parties' time line for

2  finalizing the settlement agreement or (B) appear, either in person or by telephone, at a status

3  conference on Thursday, October 27, 2011 at 10:30 a.m. prepared to discuss these timing issues.  If

4  the parties elect to appear at the status conference, they are directed to agree on a schedule before

5  the hearing and to be prepared to advise the court of their agreement.

6  **IT IS SO ORDERED.**

7

8  Dated: October 26, 2011

9  _____
   LAUREL BEELER
   United States Magistrate Judge

10

ORDER RE PRETRIAL FILING DEADLINES AND HEARING ON CROSS-MOTIONS
C 10-01786 LB

2