STIMMEL, STIMMEL & SMITH
A Professional Corporation
LEE D. STIMMEL, ESQ. (State Bar No. 58405)
e-mail: lstimmel@stimmel-law.com
STEVEN R. ROESER, ESQ. (State Bar No. 229348)
e-mail: sroeser@stimmel-law.com
155 Montgomery Street, 12th Floor
San Francisco, California 94104-3973
Telephone: (415) 392-2018
Facsimile: (415) 391-2124

SETH J. SCHWARTZ (State Bar No. 103357)
e-mail: seth.schwartz@mcnamaralaw.com
DENISE J. SERRA (State Bar No. 80602)
e-mail: denise.serra@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:    (925) 939-0203

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and as Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust; AR MEISEL PROPERTIES, LLC, a California Limited Liability Company; SYBIL MEISEL, individually; EDWARD MEISEL, Individually; MEISEL FAMILY PARTNERSHIP, a New York General Partnership; IRVIN LAXINETA, individually; IRVIN and MARILYN D. LAXINETA, trustees of the (Irvin B. and Marilyn D.) Laxineta Family Trust; ROBERT LAXINETA and SYLVIA LAXINETA, Trustees of the Laxineta Family Trust; MARC LAXINETA, individually; and GERALD HART, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK | Case No. CV 10-01786 LB<br><br>[PROPOSED] ORDER VACATING CURRENT TRIAL DATE; VACATING CURRENT PRE-TRIAL FILING DATES; STAYING CURRENT LITIGATION; AND SETTING MATTER FOR MANAGEMENT CONFERENCE<br><br>[FILED CONCURRENTLY WITH STIPULATION TO REQUEST THAT COURT VACATE CURRENT PRE-TRIAL FILING DATES; STAY CURRENT LITIGATION; VACATE CURRENT TRIAL DATE; AND SET MATTER FOR MANAGEMENT CONFERENCE] |

[Proposed] Order Vacating Current Trial Date; Vacating Current Pre-Trial Filing Dates; Staying Current Litigation; And Setting Matter For Management Conference

Case No. CV 10-01786 LB

1  ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK
2  KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK
3  MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50,
4  inclusive,
5      Defendants.

**PURSUANT TO THE STIPULATION OF THE PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY ORDERED that:

1. The current trial date of December 5, 2011 is vacated;

2. All pre-trial filing dates are vacated as well as the pre-trial conference;

3. This case is stayed from the date of this Order until February __1__ 2012; and

4. Counsel for the parties shall appear in Courtroom __4__ for a management conference at 10:30 a.m./~~p.m.~~ on February __16__, 2012; counsel are to file a joint management conference statement within five calendar days of the conference.

Dated: November __18__, 2011

By: _____
Laurel Beeler
United States Magistrate Judge



McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

K:\STIM\1030 - Meisel\Pleadings\SJS PLDG order vacating trial & staying litigaiton.doc

~~Proposed~~] Order Vacating Current Trial Date; Vacating Current Pre-Trial Filing Dates; Staying Current Litigation; And Setting Matter For Management Conference

2

Case No. CV 10-01786 LB