PAUL M. HITTELMAN SBN: 033449
PMHPC@earthlink.net
12011 San Vicente Blvd., Ste 600
Los Angeles, CA 90049-4948
Telephone: 310-471-7600
Facsimile: 310-471-7655

Attorneys for Defendants Mark Kaufman doing business as Kaufman Properties;
Mark Alan Kaufman Properties, Inc., a California Corporation;
Mark Kaufman Properties, Inc., a California Corporation; and
Midland MAK Management, LLC, a Delaware Limited Liability Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and at Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust, etc. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50, inclusive, <br><br> Defendants. | CASE NO: CV 10 1786LB <br><br> [PROPOSED] ORDER PERMITTING TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE <br><br> [FILED CONCURRENTLY WITH REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE] <br><br> Date: February 16, 2012 <br> Time: 10:30 a.m. <br> Courtroom: "4," 1301 Clay Street, Oakland, CA 94612 <br> Judge: Magistrate Judge Laurel Beiler |

Pursuant to the request of defendants' counsel, Paul M. Hittelman:

IT IS HEREBY ORDERED that defendants' counsel may appear by telephone at the Case Management Conference scheduled for February 16, 2012 at 10:30 a.m. before the above entitled court.

DATED: February 13, 2012    By: _____
                                Laurel Beeler, United States Magistrate Judge

IT IS SO ORDERED
Judge Laurel Beeler

---

1