| | |
|---|---|
| 1 | STIMMEL, STIMMEL & SMITH |
| 2 | A Professional Corporation |
|   | LEE D. STIMMEL, ESQ. (State Bar No. 58405) |
| 3 | email: lstimmel@stimmel-law.com |
|   | STEVEN R. ROESER, ESQ. (State Bar No. 229348) |
| 4 | email: sroeser@stimmel-law.com |
|   | 155 Montgomery Street, 12th Floor |
| 5 | San Francisco, CA 94104-3973 |
|   | Telephone: (415) 392-2018 |
| 6 | Facsimile: (415) 391-2124 |

Attorneys for Plaintiffs,
Andrew H. And Robin Meisel, Husband and Wife, individually and as Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust; AR Meisel Properties, LLC, a California Limited Liability Company; Sybil Meisel, individually; Edward Meisel, individually; Meisel Family Partnership, a New York General Partnership; Irvin Laxineta, individually; Irvin & Marilyn D. Laxineta, trustees of the (Irvin B. & Marilyn D.) Laxineta Trust: Robert and Sylvia Laxineta, trustees of the (Robert and Sylvia) Laxineta Family Trust; Marc Laxineta, Individually; and, Gerald Hart, individually

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and as Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust; AR MEISEL PROPERTIES, LLC, a California Limited Liability Company; SYBIL MEISEL, individually; EDWARD MEISEL, individually; MEISEL FAMILY PARTNERSHIP, a New York General Partnership; IRVIN LAXINETA, individually; IRVIN & MARILYN D. LAXINETA, trustees of the (Irvin B. & Marilyn D.) Laxineta Trust: ROBERT LAXINETA and SYLVIA LAXINETA, trustees of the Laxineta Family Trust; MARC LAXINETA, Individually; and, GERALD HART, individually, | Case No.: 10-01786 LB<br><br>[PROPOSED] ORDER PERMITTING TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>[FILED CONCURRENTLY WITH REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE]<br><br>Date: February 16, 2012<br>Time: 10:30 a.m.<br>Courtroom: "4," 1301 Clay Street<br>                      Oakland, CA 94612<br>Judge: Magistrate Judge Laurel Beeler |
| Plaintiffs, | |

|   |   |
|---|---|
| 1 | vs. |
| 2 | MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50, inclusive, |
| 8 | Defendants. |

Pursuant to the request of plaintiffs' counsel, Lee D. Stimmel:

    IT IS HEREBY ORDERED that plaintiffs' counsel may appear by telephone at the Case Management Conference scheduled for February 16, 2012 at 10:30 a.m. before the above entitled court.

DATED: February __13_, 2012    By: _____
                                                        Laurel Beeler, United States Magistrate Judge

