```
 1  STIMMEL, STIMMEL & SMITH
    A Professional Corporation
 2  LEE D. STIMMEL, ESQ. (State Bar No. 58405)
    email: lstimmel@stimmel-law.com
 3  STEVEN R. ROESER, ESQ. (State Bar No. 229348)
    email: sroeser@stimmel-law.com
 4  155 Montgomery Street, 12th Floor
    San Francisco, CA 94104-3973
 5  Telephone: (415) 392-2018
    Facsimile: (415) 391-2124
 6
 7  Attorneys for Plaintiffs,
    Andrew H. And Robin Meisel, Husband and Wife, individually
 8  and as Trustees of the Andrew H. Meisel & Robin H. Meisel
    2000 Revocable Trust; AR Meisel Properties, LLC, a California
 9  Limited Liability Company; Sybil Meisel, individually; Edward
    Meisel, individually; Meisel Family Partnership, a New York
10  General Partnership; Irvin Laxineta, individually; Irvin &
    Marilyn D. Laxineta, trustees of the (Irvin B. & Marilyn D.)
11  Laxineta Trust: Robert and Sylvia Laxineta, trustees of the
    (Robert and Sylvia) Laxineta Family Trust; Marc Laxineta,
12  Individually; and, Gerald Hart, individually
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW H. and ROBIN MEISEL, Husband and Wife, individually and as Trustees of the Andrew H. Meisel & Robin H. Meisel 2000 Revocable Trust; AR MEISEL PROPERTIES, LLC, a California Limited Liability Company; SYBIL MEISEL, individually; EDWARD MEISEL, individually; MEISEL FAMILY PARTNERSHIP, a New York General Partnership; IRVIN LAXINETA, individually; IRVIN & MARILYN D. LAXINETA, trustees of the (Irvin B. & Marilyn D.) Laxineta Trust: ROBERT LAXINETA and SYLVIA LAXINETA, trustees of the Laxineta Family Trust; MARC LAXINETA, Individually; and, GERALD HART, individually,<br><br>Plaintiffs, | Case No.: 10-01786 LB<br><br>[PROPOSED] ORDER PERMITTING TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>[FILED CONCURRENTLY WITH REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE]<br><br>Date: February 16, 2012<br>Time: 10:30 a.m.<br>Courtroom: "4," 1301 Clay Street<br>              Oakland, CA 94612<br>Judge: Magistrate Judge Laurel Beeler |

|   |   |
|---|---|
| 1 | vs. |
| 2 | MARK KAUFMAN, individually and dba KAUFMAN PROPERTIES; MARK ALAN KAUFMAN PROPERTIES, INC., a suspended California Corporation; MARK KAUFMAN PROPERTIES, INC., a California corporation; MIDLAND MAK MANAGEMENT, LLC, a Delaware limited liability company; DOES 1-50, inclusive, |
| 8 | Defendants. |

Pursuant to the request of plaintiffs' counsel, Lee D. Stimmel:

    IT IS HEREBY ORDERED that plaintiffs' counsel may appear by telephone at the Case Management Conference scheduled for February 16, 2012 at 10:30 a.m. before the above entitled court.

DATED: February __13_, 2012    By: _____

Laurel Beeler, United States Magistrate Judge