UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANDREW H. MEISEL, *et al.*, | No. C 10-01786 LB |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MARK KAUFMAN, *et al.*, | |
| Defendants. | |

On April 19, 2012, the parties filed a joint case management statement in which they explained that they now expect the final settlement actions to be undertaken by the end of the week. Joint CMC Statement, ECF No. 200 at 3. They explain that there have been no other status changes and ask the court to set a future date to supervise the dismissal of the suit. *Id.* Given these circumstances, the court **CONTINUES** the case management conference from April 26, 2012 to May 2, 2012 at 10:30 a.m. The parties shall provide an updated joint case management statement with only new information by April 30, 2012. The statement shall include the parties' direct-dial telephone numbers. The court will initiate the conference call.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 10-01786 LB