1

2

3

4

5

6

7

8          UNITED STATES  DISTRICT COURT

9            Northern District of California

10               Oakland Division

11   ANDREW H. MEISEL, *et al.*,                     No. C 10-01786 LB

12                 Plaintiffs,          **ORDER CONTINUING CASE**
                                        **MANAGEMENT CONFERENCE**
13        v.

     MARK KAUFMAN, *et al.*,
14
                 Defendants.
15   _____/

16      On April 30, 2012, the parties filed a joint case management statement in which they explained

17   that they now expect the final settlement actions to be undertaken before May 2, 2012.  Joint CMC

18   Statement, ECF No. 202 at 2.  They explain that there have been no other status changes and state

19   that they will request that, if the final actions have occurred, the Plaintiffs will request that the

20   lawsuit be dismissed at the case management conference. *Id.* at 3.  Given these circumstances, the

21   court **CONTINUES** the case management conference from May 2, 2012 to June 21, 2012 at 10:30

22   a.m.  The parties shall provide an updated joint case management statement with only new

23   information by June 14, 2012.  The court further **ORDERS** the parties to file a stipulated request for

24   voluntary dismissal with a proposed order, if they intend to seek such relief.

25      **IT IS SO ORDERED.**

26   Dated: May 1, 2012

27                                        _____
                                          LAUREL BEELER
28                                        United States Magistrate Judge

ORDER
C 10-01786 LB