UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANDREW H. MEISEL, *et al.*, | No. C 10-01786 LB |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MARK KAUFMAN, *et al.*, | |
| Defendants. | |

On April 30, 2012, the parties filed a joint case management statement in which they explained that they now expect the final settlement actions to be undertaken before May 2, 2012. Joint CMC Statement, ECF No. 202 at 2. They explain that there have been no other status changes and state that they will request that, if the final actions have occurred, the Plaintiffs will request that the lawsuit be dismissed at the case management conference. *Id.* at 3. Given these circumstances, the court **CONTINUES** the case management conference from May 2, 2012 to June 21, 2012 at 10:30 a.m. The parties shall provide an updated joint case management statement with only new information by June 14, 2012. The court further **ORDERS** the parties to file a stipulated request for voluntary dismissal with a proposed order, if they intend to seek such relief.

**IT IS SO ORDERED.**

Dated: May 1, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 10-01786 LB